```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       SOUTHERN DIVISION
```

**UNITED STATES OF AMERICA,**                                          **PLAINTIFF**

v.                                          **CAUSE NO.1:09CV132-LG-RHW**

**DONALD N. DUCKWORTH**                                                **DEFENDANT**

**NORTHROP GRUMMAN SHIP SYSTEMS**                                      **GARNISHEE**

### ORDER GRANTING MOTION TO QUASH GARNISHMENT

This matter comes on for consideration on a Motion [30] of the United States to quash the Writ of Garnishment [22] issued in this action on January 4, 2010, on the grounds that the defendant has paid the amount ordered in the Judgment [11].

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Motion to Quash Garnishment [30] is **GRANTED**.  The Writ of Garnishment issued in this action is **QUASHED**, and the garnishee, Northrop Grumman Ship Systems, is **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 21st day of March, 2013.

*s/ Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief United States District Judge